## Lisa A. KRUPCZAK, Plaintiff-Appellant,

v.

## DLA PIPER LLP (US); Unum Life Insurance Company of America, Defendants-Appellees.

### No. 16-1980

United States Court of Appeals, Fourth Circuit.

Submitted: December 15, 2016

Decided: December 19, 2016

Lisa A. Krupczak, Appellant Pro Se. Jean Evelyn Lewis, James Patrick Ulwick, Kramon & Graham, PA, Baltimore, Maryland; Scott Michael Trager, Semmes, Bowen & Semmes, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa A. Krupczak appeals the district court's order granting Defendants' motions to dismiss her civil action and denying leave to amend her complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Krupczak v. DLA Piper LLP (US), No. 1:16-cv-00023-WMN (D. Md.

July 27, 2016). We deny Krupczak's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED